UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAURA WARD,                                                    Case No.  08 cv 6364

       Plaintiff,

  - against -

                                             **AFFIRMATION OF**
MADISON SQUARE GARDEN, LP,           **SERVICE**
SCOTT AOKI,
GIOVANNI LLERENA,
CHARLES TROCCOLI, and
JOHN MORAN,

       Defendants.
------------------------------------------------------X

      JARED LEFKOWITZ, an attorney duly admitted to practice in the courts of the state of New York and the Southern District of New York, affirms as follows:

      On July 25, 2008 at approximately 2:30 p.m. I served the summons and complaint upon the defendants at their place of business, Two Pennsylvania Plaza, New York, NY 10121, by delivering said papers to an African American male sitting behind the desk at Two Pennsylvania Plaza's "messenger center," who confirmed that he was authorized to accept deliveries.

      On July 25, 2008 the summons and complaint were also sent to the individual defendants at their place of business by first class mail marked "personal and confidential" and not indicating on the outside of the package that it was from an attorney or concerned a legal matter.


Dated:    New York, NY
            July 25, 2008

                                                  _____/s/_____
                                                      Jared Lefkowitz