UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAURA WARD,                                    Case No.  08 cv 6364

       Plaintiff,

    - against -
                                **AFFIRMATION OF**

MADISON SQUARE GARDEN, LP,        **SERVICE**
SCOTT AOKI,
GIOVANNI LLERENA,
CHARLES TROCCOLI, and
JOHN MORAN,

       Defendants.
------------------------------------------------------------X

       JARED LEFKOWITZ, an attorney duly admitted to practice in the courts of the state of New York and the Southern District of New York, affirms as follows:

       On August 15, 2008 at approximately 3:00 p.m. I served the summons and complaint upon the defendant Scott Aoki at his place of business, 500 Fifth Avenue, Suite 938, New York, NY 10110 by delivering said papers in the mail slot on the door of defendants' office suite. I exercised due diligence in trying to personally serve the defendant or deliver the summons and complaint to a person of suitable age and discretion, but I was refused entry into the office suite.

       On August 15, 2008 the summons and complaint were also sent to Scott Aoki at his place of business by first class mail marked "personal and confidential" and not indicating on the outside of the package that it was from an attorney or concerned a legal matter.

Dated:     New York, NY
           August 15, 2008

                                      Jared Lefkowitz